UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LOCAL 1 BRICKLAYERS' OF MISSOURI WELFARE TRUST, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | )  Case No. 4:04CV1079 CDP ) |
| DAL-MAR TUCKPOINTING, INC., et al., | ) ) ) |
| Defendants. | ) |

## **ORDER**

**IT IS HEREBY ORDERED** that plaintiffs' shall file a proposed order or orders granting the specific relief they are seeking in their unopposed motion for a creditor's bill in equity and to pierce the corporate veil [#54] by **March 11, 2009, or the motion will be denied without prejudice.**

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　CATHERINE D. PERRY
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Dated this 4th day of March, 2009.