UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LOCAL 1 BRICKLAYERS' OF MISSOURI WELFARE TRUST, et al., | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| vs. | ) Case No. 4:04CV1079 CDP<br>) |
| DAL-MAR TUCKPOINTING, INC., et al., | )<br>)<br>) |
| Defendants. | ) |

## **MEMORANDUM AND ORDER**

On March 13, 2009, I granted plaintiffs an extension of time, up to and including April 17, 2009, to file their supplemental materials in support of their motion for a creditor's bill in equity and to pierce the corporate veil. In my Memorandum and Order dated March 12, 2009, I warned plaintiffs that failure to file the supplemental materials would result in the motion being denied without prejudice. Despite an extension of time to do so, plaintiffs have failed and refused to supplement their motion as required.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiffs' motion for a creditor's bill in equity and to pierce the corporate veil [#54] is denied without prejudice.

                                                _____
                                                CATHERINE D. PERRY
                                                UNITED STATES DISTRICT JUDGE

Dated this 30th day of April, 2009.